UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

       V.                                                                                         No 15-CR-10052-RGS

**LOUIS LOPEZ**

### RESPONSE OF COUNSEL RESPECTING DEFENDANT'S LETTER TO COURT

Undersigned counsel for the defendant hereby responds, at the Court's request, to the letter from the defendant to the Court Clerk dated 3/20/2020 as follows:

1. The defendant's letter inquires about his eligibility for judicial relief under the recently-enacted First Step Act. The defendant enclosed with his letter an institutional form indicating that he was eligible for some sort of relief under that Act.

2. Having reviewed a summary of the Act and consulted with several colleagues, counsel is not aware of any judicial relief from the defendant's sentence which may be available to him under its provisions. The defendant was sentenced as an armed career criminal to a minimum mandatory sentence of 180 months imprisonment. That sentence was affirmed on appeal, and the Supreme Court denied a petition for a writ of certiorari.

3. On the other hand, the defendant appears to be eligible under the First Step Act for 54 days of good time credit per year for each year of his sentence (a total of 810 days good time). He also appears to be eligible for additional good time credits under the Act if he participates in recidivism reduction programs. That is presumably what the form he was given refers to.

4. Undersigned counsel will write to the defendant directly and send him a copy of this response.

                          Respectfully submitted,

                          /s/ James L .Sultan

                          James L. Sultan
                          Rankin & Sultan
                          151 Merrimac St.
                          Boston, MA 02114
                          (617)720-0011

**Certificate of Service**

I, the undersigned, certify that this document filed through the ECF system will be sent electronically to the registered participants and sent by first class mail to Louis Lopez, #96603-038, USP Lee, P.O. Box 305, Jonesville, VA 24263 this March 31, 2010..

                          /s/ James L. Sultan